SCWC-12-0000778

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

NOEL MADAMBA CONTRACTING, LLC,
Petitioner/Movant and Cross-Respondent-Appellant,

vs.

RAMON ROMERO and CASSIE ROMERO,
Respondents/Respondents and Cross-Petitioners-Appellees,

and

A&B GREEN BUILDING LLC,
Respondent/Cross-Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000868 & CAAP-12-0000778; S.P. NO. 12-1-0210)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioner/Movant and Cross-Respondent-Appellant Noel Madamba Contracting, LLC's Application for Writ of Certiorari filed on August 19, 2014, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, October 1, 2014.

Samuel P. King, Jr.
for petitioner

Keith Y. Yamada and
Michael C. Schwartz
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

